```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION

EASTERN PROPERTY DEVELOPMENT    *
LLC and SOUTH EAST ENTERPRISE
GROUP LLC,                      *

     Plaintiffs,                *
                                          CASE NO. 4:11-CV-62 (CDL)
vs.                             *

LOREN C. GILL,                  *

     Defendant.                 *
```

O R D E R

The jury returned a verdict in favor of Plaintiff and against Defendant in the amount of $285,335.98, consisting of $35,335.98 in compensatory damages and $250,000.00 in punitive damages. Defendant filed a motion to reduce the punitive damages award, arguing that it is constitutionally excessive (ECF No. 122). Defendant also seeks a stay of the collection of the judgment until Defendant's counterclaim against Plaintiff now pending in another civil action in this Court is resolved. *Id.* The Court has the motion for reduction of the judgment under consideration and will issue an order in due course. The Court finds that the collection of this judgment should be stayed until the Court rules on Defendant's motion to reduce the judgment. *See* F.R.C.P. 62(b). Therefore, Defendant's motion (ECF No. 122) is granted to this extent. The Court further

finds that, in light of Defendant's counterclaim, additional security or bond shall not be required during the pendency of the stay.  Accordingly, Plaintiff shall cease collection of the judgment until the stay is lifted.  The following pending motions are now moot:  Emergency Request of Defendant for Stay of Judgment (ECF No. 131), Non-Party James-Bates-Brannan-Groover-LLP's Objection to Plaintiffs' Subpoena (ECF Nos. 132 and 134), and Plaintiff's Application for Writ of Garnishment (ECF No. 133).

IT IS SO ORDERED, this 26th day of November, 2012.

                                  S/Clay D. Land
                                      CLAY D. LAND
                           UNITED STATES DISTRICT JUDGE